SEALED

FILED

APR 15 2026

BONNIE HACKLER
Clerk, U.S. District Court
By _______________
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* | **SEALED** |
| v. | **Case No.** 26 CR 052 JFH |
| **LEVI TODD ST. CLAIR,** *Defendant.* | |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT ONE**

**POSSESSION OF A MACHINEGUN**
**[18 U.S.C. §§ 922(o) & 924(a)(2)]**

In or about March 2025, in the Eastern District of Oklahoma, the defendant, **LEVI TODD ST. CLAIR**, did knowingly possess a machinegun and knew and was aware of the essential characteristic of the firearm which made it a machinegun, to-wit:

- one pink plastic AR-15 machinegun conversion device (no markings or serial number) [ATF report July 16, 2025, Exhibits 1-2]; and
- one black plastic AR-15 machinegun conversion device (no markings or serial number) [ATF report July 16, 2025, Exhibits 1-2],

which are parts designed and intended solely and exclusively for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT TWO**

**POSSESSION OF AN UNREGISTERED FIREARM**
**[26 U.S.C. §§ 5841, 5845(a)(7), 5861(d), & 5871]**

In or about March 2025, in the Eastern District of Oklahoma, the defendant, **LEVI TODD ST. CLAIR**, did knowingly possess a firearm, to-wit: one (1) black two-baffle firearm silencer

[ATF Report, May 2, 2025, Exhibit 3], which was not registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code, in violation of Title 26, United States Code, Sections 5841, 5845(a)(7), 5861(d), and 5871.

**COUNT THREE**

**POSSESSION OF A MACHINEGUN**
**[18 U.S.C. §§ 922(o) & 924(a)(2)]**

On or about May 2, 2025, in the Eastern District of Oklahoma, the defendant, **LEVI TODD ST. CLAIR**, did knowingly possess a machinegun and knew and was aware of the essential characteristic of the firearm which made it a machinegun, to-wit:

- four (4) 3D printed AR-type machinegun conversion devices (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 30]; and
- one (1) 3D printed AR-type machinegun conversion device (unknown manufacturer, unknown serial number)[ATF Report, February 27, 2026, Exhibit 33B],

which are parts designed and intended solely and exclusively for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT FOUR**

**POSSESSION OF AN UNREGISTERED FIREARM**
**[26 U.S.C. §§ 5841, 5845(a)(7), 5861(d), & 5871]**

On or about May 2, 2025, in the Eastern District of Oklahoma, the defendant, **LEVI TODD ST. CLAIR**, did knowingly possess a firearm, to-wit:

- one (1) black 3D printed firearm silencer (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 4];
- one (1) white 3D printed silencer thread adapter (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 5];
- one (1) white 3D printed firearm silencer (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 7];
- one (1) black 3D printed firearm silencer (unknown manufacturer, unknown serial

number) [ATF Report, February 27, 2026, Exhibit 21];

- seven (7) firearm silencers, further described as various colored baffles intended only for use in assembling or fabricating a firearm silencer or firearm muffler of undetermined origin [ATF Report, February 27, 2026, Exhibit 33A];

which was not registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code, in violation of Title 26, United States Code, Sections 5841, 5845(a)(7), 5861(d), and 5871.

**COUNT FIVE**

**ILLEGAL MANUFACTURE OF FIREARM**
**[26 U.S.C. §§ 5822, 5861(f) and 5871]**

From in or about March 2025, to on or about May 2, 2025, in the Eastern District of Oklahoma, the defendant, **LEVI TODD ST. CLAIR**, knowingly and unlawfully manufactured a firearm, to-wit:

- one pink plastic AR-15 machinegun conversion device (no markings or serial number) [ATF report July 16, 2025, Exhibits 1-2];
- one black plastic AR-15 machinegun conversion device (no markings or serial number) [ATF report July 16, 2025, Exhibits 1-2];
- a black two-baffle firearm silencer [ATF Report, May 2, 2025, Exhibit 3];
- four (4) 3D printed AR-type machinegun conversion devices (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 30];
- one (1) 3D printed AR-type machinegun conversion device (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 33B];
- one (1) black 3D printed firearm silencer (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 4];
- one (1) white 3D printed silencer thread adapter (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 5] ;
- one (1) white 3D printed firearm silencer (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 7];

- one (1) black 3D printed firearm silencer (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 21]; and

- seven (7) firearm silencers -- further described as various colored baffles -- intended only for use in assembling or fabricating a firearm silencer or firearm muffler of undetermined origin [ATF Report, February 27, 2026, Exhibit 33A],

all in violation of Title 26, United States Code, Sections 5822, 5861(f) and 5871.

**FORFEITURE ALLEGATION**
**[18 U.S.C. § 924(d), 26 U.S.C. §§ 5872 and 7302, & 28 U.S.C. § 2461(c)]**

The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Sections 5872 and 7302, and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One through Five of this Indictment involving violations of Title 26, United States Code, Sections 5841, 5845(a)(7), 5861(d), 5861(f), and 5871, and Title 18, United States Code, Sections 922(o) and 924(a)(2), the defendant, **LEVI TODD ST. CLAIR**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Sections 5872 and 7302, and Title 28, United States Code, Section 2461(c), all firearms and manufacturing equipment involved in the commission of the offenses, including, but not limited to:

- one pink plastic AR-15 machinegun conversion device (no markings or serial number) [ATF report July 16, 2025, Exhibits 1-2];

- one black plastic AR-15 machinegun conversion device (no markings or serial number) [ATF report July 16, 2025, Exhibits 1-2];

- a black two-baffle firearm silencer[ATF Report, May 2, 2025, Exhibit 3];

- four (4) 3D printed AR-type machinegun conversion devices (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 30];

- one (1) 3D printed AR-type machinegun conversion device (unknown manufacturer,

unknown serial number) [ATF Report, February 27, 2026, Exhibit 33B];

- one (1) black 3D printed firearm silencer (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 4];
- one (1) white 3D printed silencer thread adapter (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 5];
- one (1) white 3D printed firearm silencer (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 7];
- one (1) black 3D printed firearm silencer (unknown manufacturer, unknown serial number) [ATF Report, February 27, 2026, Exhibit 21];
- seven (7) firearm silencers, further described as various colored baffles intended only for use in assembling or fabricating a firearm silencer or firearm muffler of undetermined origin [ATF Report, February 27, 2026, Exhibit 33A];
- one (1) ANYCUBIC model KOBRA 3 3D printer (s/n/: 3K2425A0502441); and
- one (1) ANYCUBIC Ace Pro 3D printer (s/n: DS2425A0502612) with 3D printer filament and inserted thumb drive.

A TRUE BILL:

Pursuant to the E-Government Act the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

LEWIS M. REAGAN, PA Bar # 86978
Assistant United States Attorney